COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    John E. Deloach, Individually, John E. Deloach as General Partner of
John E. Deloach Family Limited Partnership, and John E. Deloach
Family Limited Partnership v. Stephen  Stelly

Appellate case number:    01-19-00182-CV

Trial court case number:    CV29534

Trial court:                253rd District Court of Chambers County

On April 8, 2022, the Supreme Court of Texas reversed this Court's prior judgment in this case and remanded this case for further proceedings. In light of the Supreme Court's opinion, the Court **orders** the parties to file additional briefing of no more than 5,000 words each.

The appellants' supplemental brief is **due** August 29, 2022.

The appellee's supplemental brief is **due** September 19, 2022.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                ☑ Acting individually    ☐ Acting for the Court

Date: ____August 9, 2022____